IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Turner, Ruby | Case Number: 06 B 11367 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 4/29/08 | Filed: 9/12/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  March 12, 2008
Confirmed:  November 27, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 14,041.34 |  |
| Secured: |  | 10,776.78 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,526.00 |
| Trustee Fee: |  | 738.56 |
| Other Funds: |  | 0.00 |
| Totals: | 14,041.34 | 14,041.34 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Staver & Gainsberg P.C. | Administrative | 2,526.00 | 2,526.00 |
| 2. | Regions Mortgage Inc | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Bank Of New York | Secured | 0.00 | 0.00 |
| 5. | City Of Chicago | Secured | 0.00 | 0.00 |
| 6. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 7. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 8. | City Of Chicago | Secured | 0.00 | 0.00 |
| 9. | City Of Chicago | Secured | 0.00 | 0.00 |
| 10. | City Of Chicago | Secured | 515.60 | 515.60 |
| 11. | City Of Chicago | Secured | 515.60 | 515.60 |
| 12. | Regions Mortgage Inc | Secured | 15,091.67 | 938.04 |
| 13. | HSBC Mortgage Corp | Secured | 5,053.84 | 2,052.61 |
| 14. | Bank Of New York | Secured | 16,791.13 | 6,754.93 |
| 15. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 16. | Great Lakes Credit Union | Unsecured | 8,746.00 | 0.00 |
| 17. | American General Finance | Unsecured | 1,966.52 | 0.00 |
| 18. | Chicago Patrolmen's Fed Credit Union | Unsecured | 241.29 | 0.00 |
| 19. | Chicago Patrolmen's Fed Credit Union | Unsecured | 1,261.34 | 0.00 |
| 20. | Peoples Energy Corp | Unsecured | 1,289.57 | 0.00 |
| 21. | City Of Chicago | Unsecured | 162.12 | 0.00 |
| 22. | Nex Card | Unsecured | 172.61 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 227.41 | 0.00 |
| 24. | City Of Chicago | Unsecured | 81.34 | 0.00 |
| 25. | Countrywide Home Loans Inc. | Secured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Turner, Ruby

Printed: 4/29/08

Case Number: 06 B 11367
Judge: Hollis, Pamela S
Filed: 9/12/06

| | | | | |
|---|---|---|---|---|
| 26. | Navy Federal Credit Union | Secured | | No Claim Filed |
| 27. | Internal Revenue Service | Priority | | No Claim Filed |
| 28. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 29. | Superior Floor Covering Inc | Unsecured | | No Claim Filed |
| 30. | USAA Federal Savings | Unsecured | | No Claim Filed |
| 31. | DaimlerChrysler Servs North America | Unsecured | | No Claim Filed |
| 32. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 33. | Certegy Payment Recovery Services Inc | Unsecured | | No Claim Filed |
| 34. | Orchard Bank | Unsecured | | No Claim Filed |
| | | | $ 54,642.04 | $ 13,302.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 157.40 |
| 5.4% | 581.16 |
| | $ 738.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

